IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Christopher T. Wilder,                  )          C/A No. 0:18-1317-JFA
                                        )
                Plaintiff,              )
                                        )
v.                                      )
                                        )          **ORDER**
Ridgeland Correctional Institution Medical )
Department,                             )
                                        )
                Defendant.              )
_____ )

Plaintiff, Christopher T. Wilder, a self-represented state prisoner, filed this civil rights action. By order issued May 22, 2018, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 6.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. The court also issued an order warning Plaintiff that his Complaint was subject to summary dismissal for failure to state a claim upon which relief can be granted, and identifying the deficiencies in his Complaint. (ECF No. 7.) Plaintiff did not respond to either order and the time for response has lapsed. Thus, Plaintiff has failed to prosecute this case and he has failed to comply with orders of this Court. Consequently, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962).[1]

**IT IS SO ORDERED**.

July 25 2018
Columbia, South Carolina

Joseph F. Anderson, Jr.
Senior United States District Judge

_____

[1] Plaintiff's motion for leave to proceed *in forma pauperis* is terminated as moot. (ECF No. 2.)

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set

forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.